# IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF KANSAS

UNITED STATES OF AMERICA

V.

JAMES RICHARD BICE

CR 81-0-62

Criminal No. 81-20096-01

JUDGE SCHATZ

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE
(Under Rule 20)

I, JAMES RICHARD BICE, defendant, have been informed that an Indictment (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead guilty (guilty, nolo contendere) to the offense charged, to consent to disposition of the case in the _____ District of Nebraska in which I am under arrest (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Sept 23, 1981 at Omaha, Nebr.

(Defendant) JAMES RICHARD BICE

(Witness)

(Counsel for Defendant) DANA HANNA

**APPROVED**

UNITED STATES ATTORNEY for the
District of

Nebraska

ASS'T UNITED STATES ATTORNEY for the
District of

KANSAS