| | | |
|---|---|---|
| United States of America vs. | United States District Court for | 11293-077 |
| DEFENDANT | THE DISTRICT OF NEBRASKA | |

**DEFENDANT:** BICE, James Richard

RECEIVED FILED — DISTRICT OF NEBRASKA
Dec 18 9 15 AM '81

**CR 81-0-62-04**

## JUDGMENT AND PROBATION/COMMITMENT ORDER          AO-245 (5/75)

William L. Olson, Clerk
By _____ Deputy

| MONTH | DAY | YEAR |
|---|---|---|
| 12 | 18 | 81 |

In the presence of the attorney for the government the defendant appeared in person on this date —

**COUNSEL**
[ ] WITHOUT COUNSEL — However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.
[X] WITH COUNSEL — Dana Hanna
(Name of counsel)

FILED
DISTRICT OF NEBRASKA
AT _____ M
DEC 18 1981
William L. Olson, Clerk
By _____ Deputy

**PLEA**
[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,
[ ] NOLO CONTENDERE,
[ ] NOT GUILTY

There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[X] GUILTY.

**FINDING & JUDGMENT**
Defendant has been convicted as charged of the offense(s) of **Interstate transportation of stolen property in violation of Title 18, United States Code, Section 2314 and 2, Count III.**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

**SENTENCE OR PROBATION ORDER**
Three (3) years.

**SPECIAL CONDITIONS OF PROBATION**

**ADDITIONAL CONDITIONS OF PROBATION**
In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**
The court orders commitment to the custody of the Attorney General and recommends,
Sandstone, Minnesota

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

CERTIFIED AS A TRUE COPY ON

THIS DATE _____

By _____ ( ) CLERK
(X) DEPUTY

**SIGNED BY**
[X] U.S. District Judge
[ ] U.S. Magistrate

ALBERT G. SCHATZ
*Albert G. Schatz*

Date 12/18/81



RECEIVED FILED
DEC 18 9 48 AM '81
DIST. COURT
NEBRASKA

Return
Defendant delivered on
_____ to _____
at _____
    United States Marshal
    Dist of _____
    By _____

Return
Defendant delivered on
_____ to _____
at _____
    United States Marshal
    Dist of _____
    By _____

**GENERAL CONDITIONS OF PROBATION**

Where probation has been ordered the defendant shall, during the period of probation, conduct himself as a law abiding, industrious citizen and observe all conditions of probation prescribed by the court. TO THE DEFENDANT — You shall:
(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer,
(2) associate only with law abiding persons and maintain reasonable hours,
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability (When out of work notify your probation officer at once, and consult him prior to job changes),
(4) not leave the judicial district without permission of the probation officer;
(5) notify your probation officer immediately of any change in your place of residence,
(6) follow the probation officer's instructions and report as directed.
The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

Return
Defendant delivered on
12-29-81 to Fed Pen
at Leavenworth Kans FFT
    United States Marshal
    Dist of Neb
    By _____

Return
Defendant delivered on
01/28/82 to U.S.P.
at Terre Haute Indiana
    United States Marshal
    Dist of S/Ind.
    By _____

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on __12-18-81__ to __Nebraska Diagnostic & Evaluation Ctr, Lincoln, Ne.__

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal dismissed on _____

Defendant delivered on __2-12-82__ to __Federal Correctional Institution__ at __Sandstone, Minn.__ _____, the institution designated by the Attorney General, with a certified copy of the within Judgment and Commitment.

_____
United States Marshal

By _____
    Deputy Marshal.